

# Fourth Court of Appeals

## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00800-CR

Whitney Elizabeth **KNOWLTON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 12-1160-CR
The Honorable William Old, Judge Presiding

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice
               Jason Pulliam, Justice

Delivered and Filed:  May 20, 2015

DISMISSED

On March 12, 2015, Appellant Whitney Elizabeth Knowlton filed a motion to dismiss this appeal; the motion, however, was signed by Appellant but not her counsel. *See* TEX. R. APP. P. 42.2(a). On March 17, 2015, this matter was abated and remanded to the trial court to conduct a hearing to determine whether Knowlton wished to pursue her appeal. The trial court's findings of fact and conclusions of law, concluding that Knowlton no longer desired to appeal her conviction, have now been filed with this court. This cause is hereby reinstated on this court's docket.

Appellant's motion is granted and this appeal is dismissed. *See id.*; *Conners v. State*, 966 S.W.2d 108, 110 (Tex. App.—Houston [1st Dist.] 1998, pet. ref'd).

PER CURIAM

DO NOT PUBLISH